JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**    Category No. **II**    Investigating Agency **DOT-OIG**

City **Framingham**    **Related Case Information:**

County **Middlesex**    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number **20-2373-MBB**
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **DANIEL J. GRIFFIN**    Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address   (City & State) **Belmont, MA**

Birth date (Yr only): **1963**  SSN (last4#): **1020**  Sex **M**  Race: **White**  Nationality: **U.S**

**Defense Counsel if known:**    **Kristen Schuler Scammon, Esq**    Address **Torres, Scammon, Hincks & Day, LLP**

**Bar Number** _____    **35 India Street, Boston MA**

**U.S. Attorney Information:**

AUSA **Dustin Chao**    Bar Number if applicable _____

Interpreter:   ☐ Yes  ☑ No    List language and/or dialect: _____

Victims:   ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

Matter to be SEALED:   ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony **21**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **12/10/2020**    Signature of AUSA:   **s/ Dustin Chao**

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Daniel J. Griffin

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1 _____ | 18 U.S.C. 1343 (Wire Fraud) | 3-6, 7-10 |
| Set 2 _____ | 18 U.S.C. 666 (Federal Program Theft) | 2 |
| Set 3 _____ | 26 U.S.C. 7206(2) (False Tax Returns) | 11-21 |
| Set 4 _____ | 18 U.S.C. 371 (Conspiracy) | 1 |
| Set 5 _____ | _____ | _____ |
| Set 6 _____ | _____ | _____ |
| Set 7 _____ | _____ | _____ |
| Set 8 _____ | _____ | _____ |
| Set 9 _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

**ADDITIONAL INFORMATION:** _____