≫JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**   Category No. __II__   Investigating Agency __DOT-OIG__

City __Framingham__   **Related Case Information:**

County __Middlesex__   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __20-2373-MBB__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __WILLIAM W. ROBERTSON__   Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address   (City & State) __Westborough, MA__

Birth date (Yr only): __1962__   SSN (last4#): __6218__   Sex __M__   Race: __White__   Nationality: __U.S__

**Defense Counsel if known:**   __Stanley Norkunas, Esq.__   Address __11 Kearney Square # 202__

**Bar Number** _____   __Lowell MA 01852__

**U.S. Attorney Information:**

**AUSA** __Dustin Chao__   Bar Number if applicable _____

Interpreter:   ☐ Yes  ☑ No   List language and/or dialect: _____

Victims:   ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

Matter to be SEALED:   ☑ Yes   ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony __21__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __12/10/2020__   Signature of AUSA:   __s/ Dustin Chao__

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   William W. Robertson

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | _____ | 18 U.S.C. 1343 (Wire Fraud) | 3-6 |
| Set 2 | _____ | 18 U.S.C. 666 (Federal Program Theft) | 2 |
| Set 3 | _____ | 18 U.S.C. 371 (Conspiracy) | 1 |
| Set 4 | _____ | _____ | _____ |
| Set 5 | _____ | _____ | _____ |
| Set 6 | _____ | _____ | _____ |
| Set 7 | _____ | _____ | _____ |
| Set 8 | _____ | _____ | _____ |
| Set 9 | _____ | _____ | _____ |
| Set 10 | _____ | _____ | _____ |
| Set 11 | _____ | _____ | _____ |
| Set 12 | _____ | _____ | _____ |
| Set 13 | _____ | _____ | _____ |
| Set 14 | _____ | _____ | _____ |
| Set 15 | _____ | _____ | _____ |

**ADDITIONAL INFORMATION:** _____

_____